UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | Case No. 16-17071 |
|---|---|
| Monique L Collins, | Chapter 13 |
| Debtor. | Honorable A. Benjamin Goldgar |

## NOTICE OF MOTION

TO:   See attached Service List

    On October 23, 2018, at 9:30 AM, I shall appear before Bankruptcy Judge A. Benjamin Goldgar, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 642, Chicago, IL 60604, or in his absence, before such other Bankruptcy Judge as may be presiding in his place and stead, and shall then and there present the attached Motion for Relief from the Automatic Stay or in the Alternative Motion to Dismiss filed by JPMorgan Chase Bank, National Association, at which time and place you may appear if you so see fit.

                                      FAIQ MIHLAR (#6274089)
                                      HEATHER M. GIANNINO (#6299848)
                                      AMANDA J. WIESE (#6320552)
                                      ZHIQI WU (#6324870)
                                      CHERYL CONSIDINE (#6242779)
                                      HEAVNER, BEYERS & MIHLAR, LLC
                                      Attorneys at Law
                                      P.O. Box 740
                                      Decatur, IL 62525
                                      Email: bkdept@hsbattys.com
                                      Telephone: (217) 422-1719
                                      Facsimile: (217) 422-1754

STATE OF ILLINOIS
COUNTY OF MACON

    I, Amanda J. Wiese, an attorney, being first duly sworn upon oath, depose and state I have served the above and foregoing Notice, together with all required papers, upon the above-named parties, as to the Trustee and Debtor's attorney via electronic notice on October 12, 2018, and as to the Debtor by placing same in an envelope addressed as shown above, and depositing same First Class Mail, postage prepaid in the United States mailbox at Decatur, Illinois 62523 this 12th day of October, 2018.

                                                        */s/ Amanda J. Wiese*
                                                        Amanda J. Wiese

## SERVICE LIST

**Service by Mail:**

Monique L Collins
14329 Chicago Road
Dolton, IL 60419

**Service by Electronic Notice through ECF:**

David H. Cutler
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076

Marilyn O. Marshall
224 S. Michigan, Suite 800
Chicago, IL 60604

Patrick S. Layng
United States Trustee (Region 11)
219 S. Dearborn Street Suite 873
Chicago, IL 60604

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | Case No. 16-17071 |
|---|---|
| Monique L Collins, | Chapter 13 |
| Debtor. | Honorable A. Benjamin Goldgar |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR IN THE ALTERNATIVE MOTION TO DISMISS**

NOW COMES JPMorgan Chase Bank, National Association, ("Movant") by and through its attorneys, Heavner, Beyers & Mihlar, LLC, and hereby moves this Court for an entry of an order for relief from the automatic stay, pursuant to 11 U.S.C. §362, with respect to certain Vehicle of the Debtor commonly known as 2015 GMC Terrain, VIN: 2GKFLWEK1F6299162 ("Vehicle"); or in the alternative, grant dismissal of this Chapter 13 Bankruptcy. The Required Statement is attached hereto as Exhibit "A", in accordance with Local Rule 4001-1. In further support of this Motion, Movant respectfully states:

1. Debtor filed a petition under Chapter 13 of the United States Bankruptcy Code on May 20, 2016.

2. Movant is a secured creditor by virtue of a Retail Installment Contract ("Contract") in the original amount of $15,297.00. Pursuant to said Contract, Movant was granted a security interest in a 2015 GMC Terrain, VIN: 2GKFLWEK1F6299162, which was perfected by Movant recording its lien on the title to the Vehicle. A copy of the Contract and Certificate of Title are attached hereto and made a part hereof as Exhibit "B" and Exhibit "C", respectively.

3. The Debtor is the owner of said Vehicle and said Vehicle was included in the Debtor's Bankruptcy Petition.

4. Marilyn O. Marshall is the Trustee duly appointed by law.

5. As of October 3, 2018, the outstanding amount of the Debtor's obligation under the Contract is $10,983.73.

6. The estimated market value of the vehicle is $16,025.00. The basis for such valuation is the NADA.

7. Upon information and belief, the aggregate amount of encumbrances on the Vehicle listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $10,983.73.

8. Pursuant to 11 U.S.C. §362(d), cause exists to grant Movant relief from the automatic stay for the following reasons:

A. Movant's interest in the Vehicle is not adequately protected as the fair market value of the Vehicle is declining and payments are not being made to Movant sufficient to protect Movant's interest against that decline; and there is a continuing daily increase in the total amount outstanding and chargeable against said Vehicle for interest and costs due under the Contract.

B. Post-petition payments due under the Contract have not been made to Movant.

C. The Debtor is past due for the July 12, 2018 post-petition payment and all amounts coming due since that date. The following chart sets forth the number and amount of post-petition payments due pursuant to the Contract that have been missed by the Debtor. A copy of the post-petition payment history is attached hereto and made a part hereof as Exhibit "D".

| Number of Delinquent Payments | From | To | Monthly Payment Amount | Total Amounts Delinquent |
|---|---|---|---|---|
| 3 | 7/12/18 | 9/12/18 | $307.58 | $922.74 |
| **Less postpetition partial payments:** | | | | ($208.88) |

*Total: $713.86*

9. The failure of the Debtor to make post-confirmation plan payments constitutes a material default under the plan and is grounds for dismissal of this Chapter 13 case, pursuant to 11 U.S.C. §1307(c).

WHEREFORE, Movant prays that this court enter an order terminating or modifying the automatic stay and granting the following:

1. Relief from the Stay allowing Movant, its successors and assignees, to proceed under applicable nonbankruptcy law to enforce its remedies to obtain possession of the Vehicle.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States Code.

3. The 14 day stay described by Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

4. For such other relief as the court deems proper.

5. In the alternative, Movant requests that the court enter an order dismissing this Chapter 13 case.

JPMorgan Chase Bank, National Association,

By: _____/s/ Amanda J. Wiese_____
Amanda J. Wiese
One of its attorneys

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
ZHIQI WU (#6324870)
CHERYL CONSIDINE (#6242779)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754

**This advice pertains to your dealings with our firm as a debt collector. It does not affect your dealings with the court, and in particular it does not change the time at which you must answer the motion. The advice in this notice also does affect our relations with the court. As attorneys, we may file papers in the suit according to the court's rules and the judge's instructions.**

### NOTICE PURSUANT TO THE FAIR DEBT COLLECTION

### PRACTICES ACT

### 15 U.S.C. Section 1601 as Amended

1. The amount of the debt is stated in the motion attached hereto.

2. The movant named in the attached motion is the creditor to whom the debt is owed or is the servicing agent for the creditor to whom the debt is owed.

3. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume the debt is valid.

4. If you notify this office in writing within 30 days after receiving this notice, this office will obtain verification of the debt and mail you a copy of such verification.

5. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

6. Nothing in this notice should be construed as an agreement by the movant to extend or stay any time periods established by law with respect to the litigation, which is the subject of the attached motion.

7. Written requests should be addressed to Heavner, Beyers & Mihlar, LLC, 111 East Main Street, Decatur, IL 62523.

8. Please be advised that this is an attempt to collect a debt. Any information obtained will be used for that purpose.