IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No.: 16-17071 |
|    Monique L. Collins ) | |
| ) | Chapter 13 |
| ) | |
| Debtor(s). ) | Judge A. Benjamin Goldgar |

NOTICE OF MOTION

To:  Monique L. Collins, 14329 Chicago Road Dolton, IL 60419 *via US Mail*

Marilyn O Marshall, Chapter 13 Trustee *notice via ECF delivery system*

The United States Trustee *notice via ECF delivery system*

US Bank Executive Offices, 462 South 4th St., Suite 1600, Louisville, KY 40202 *via Certified US Mail*

US Bank Corporate Offices, 800 Nicollet Mall, Minneapolis, MN 55402 *via Certified US Mail*

US Bank Branch, C/O Manager Louis Santana, 1350 Sibley Blvd, Dolton, IL 60419 *via Certified US Mail*

Cook County Clerk's Office, Real Estate and Tax Division, 118 N Clark St. Room 434, Chicago, IL 60602 *via Certified US Mail*

Cook County Treasurer's Office, 118 North Clark Street, Room 112, Chicago, IL 60602 *via Certified US Mail*

*See attached service list*

     On November 27, 2018 at 9:30 a.m. or soon thereafter as I may be heard, I shall appear before Bankruptcy Judge A. Benjamin Goldgar or any other Bankruptcy Judge presiding at 219 South Dearborn, Courtroom 642, Chicago, Illinois 60604, and shall present the MOTION TO USE SELL OR LEASE PROPERTY 363(b) at which time you may appear if so desired.

                                                                         /s/ *David H. Cutler*
                                                                       David H. Cutler, esq.
                                                                       Attorney for Debtor(s)
                                                                       Cutler & Associates Ltd.
                                                                       4131 Main St.
                                                                       Skokie IL 60076
                                                                       (847) 673-8600

CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Notice and Motion was filed AND sent electronically and via US MAIL to the above captioned by 6:00 p.m. on or before November 7, 2018

                                                                        /s/ *David H. Cutler*
                                                                        Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 16-17071 |
|    Monique L. Collins | ) | |
| | ) | Chapter 13 |
| | ) | |
|                       Debtor(s). | ) | Judge A. Benjamin Goldgar |

## MOTION TO USE SELL OR LEASE PROPERTY 363(b)

NOW COMES, the Debtor, Monique L. Collins (hereinafter referred to as "DEBTOR"), by and through her Attorneys, Cutler and Associates, Ltd., and moves this Honorable Court for entry of an Order Authorizing the Debtor to Use Sell or Lease her Real Estate Property, and in support thereof, respectfully represent as follows:

1. On May 20, 2016, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor's Chapter 13 plan was confirmed on July 12, 2016.

3. The confirmed plan calls for monthly payments of $630 per month for 1 month and $985 per month for 59 months, with General Unsecured Creditors receiving 100% of their timely filed or allowed claims.

4. The Debtor wishes to sell her real property located at 14329 Chicago Rd., Dolton, IL 60419.

5. The Debtor has found a buyer and has entered into a contract for the sale of the Property (Exhibit A & B)

6. The Debtor's real estate property is paid in full and not encumbered with any mortgage loans.

7. Debtor owes back real estate taxes; those taxes are being paid for in the plan.

8. The automatic stay has not been lifted on the real estate property.

9. The Debtor will be paying off her Chapter 13 Bankruptcy with proceeds from the sale, a payoff request has been sent to Trustee's office as of November 7, 2018. An Estimated payoff per the Trustee's website is, $26,083.33.

WHEREFORE, DEBTOR prays that this Honorable Court enter an Order Authorizing the Debtor to USE SELL OR LEASE PROPERTY 363(b) located at 14329 Chicago Rd., Dolton, IL 60419.

Respectfully submitted,

By: /s/ *David H. Cutler*
David H. Cutler, esq.
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600