UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Monique L. Collins<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   16-17071<br><br>Chapter:  13<br>Honorable A. Benjamin Goldgar |

**ORDER ON MOTION TO USE SELL OR LEASE PROPERTY 363(b)**

THIS CAUSE COMING ON TO BE HEARD on the motion of Debtor to USE SELL OR LEASE PROPERTY 363(b); the court being advised in the premises and due notice having been given;

IT IS HEREBY ORDERED:

1. That Debtor's Motion USE SELL OR LEASE PROPERTY 363(b) located at 14329 Chicago Rd., Dolton, IL 60419 is hereby granted.

2. Debtor ~~will~~ must provide the Trustee with a complete copy of the closing statement within 10 days of closing.

3. ~~Debtor will be paying off her Chapter 13 Bankruptcy with proceeds from the sale.~~ Debtor ~~will~~ must also tender the full payoff amount over to the Trustee within 10 days of the closing.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  **27 NOV 2018**

**Prepared by:**
David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

Rev: 20170105_bko